LEASON ELLIS INTELLECTUAL PROPERTY ATTORNEYS

One North Lexington Avenue Suite 1200
T 914.821.3075
reuber@leasonellis.com

**Cameron S. Reuber**
PARTNER & CHAIR OF LITIGATION PRACTICE

Request GRANTED. Both Defendants shall respond to the complaint by **August 31, 2026**. Additionally, the IPTC scheduled for August 20, 2026 is adjourned to **October 8, 2026, at 10:00 a.m.**

Dated: July 16, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

July 16, 2026

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20B
New York, NY 10007

Re: *Tianhai Lace USA, Inc. v. Reiss (Retail) Limited, Reiss (U.S.A.) Limited and DOES 1-20* Case No.: 1:26-cv-04547-JLR (S.D.N.Y)

Dear Judge Rochon:

We write on behalf of Plaintiff Tianhai Lace USA, Inc. ("Plaintiff") and jointly with Defendants Reiss (Retail) Limited and Reiss (U.S.A.) Limited (collectively, "Defendants") to respectfully request that (i) both Defendants be allowed to respond to the Complaint by August 31, 2026 and (ii) the Initial Pretrial Conference ("IPC") currently scheduled for August 20, 2026 (Dkt. 10) be rescheduled to a date in October 2026. Good cause exists for both requests.

On June 2, 2026, Plaintiff sent each of the Defendants a Notice of Lawsuit and Request to Waive Service of a Summons pursuant to Fed.R.Civ.P. 4(d) with a service package that included all ECF documents filed in this matter as of that date. Both Defendants have since remitted waivers that are being filed concurrently with this letter. However, as one Defendant is located outside of the United States, one Defendant's response is now due on August 3, 2026, while the other's is due on August 31, 2026. *See* Fed.R.Civ.P. 4(d)(3). Further, the IPC currently is sandwiched between the response deadlines. Therefore, in the interest of party and judicial economy, the Parties respectfully request that August 31, 2026 serve as the deadline for both Defendants to respond to the Complaint because having both Defendants respond at the same time and before the IPC is most efficient for the Parties and the Court.

The Parties further respectfully request that the IPC be rescheduled to a date and time convenient for the Court in October. Good cause exists for this request because the Parties will have the benefit of fully evaluating each other's positions in the case and will be able to provide the Court with a more informed summary of the issues and their expected discovery requirements.

This is the first request for a modification of responsive pleading deadlines as well as the first request to adjourn the Initial Pretrial Conference. No other cases deadlines will be impacted by the requested relief and all Parties consent to these requests as tendered.

WHEREFORE, the Parties respectfully request consideration of this application.

Respectfully submitted,

Cameron S. Reuber

cc: Counsel for Defendants (via email)