NIXON PEABODY

Nixon Peabody LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

**Joshua J. Pollack**
Counsel

T / 213.629.6172
F / 833.543.2185
jpollack@nixonpeabody.com

Request GRANTED. The parties' in-person initial pretrial conference, previously scheduled for October 8, 2026, *see* Dkt. 15, is rescheduled to **November 12, 2026, at 11:30 a.m.**, and will be held remotely. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 765 052 306#.

Dated: September 29, 2026
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

September 28, 2026

***VIA ECF***

The Honorable Jennifer L. Rochon
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20B
New York, NY 10007

RE: *Tianhai Lace USA, Inc. v. Reiss (Retail) Limited, Reiss (U.S.A.) Limited and DOES 1-20*, Case No. 1:26-cv-04547-JLR (S.D.N.Y.) — Joint Letter Requesting Adjournment of the October 8, 2026 Initial Pretrial Conference

Dear Judge Rochon:

We write on behalf of Defendants Reiss (Retail) Limited and Reiss (U.S.A.) Limited (collectively, "Defendants") and jointly with Plaintiff Tianhai Lace USA, Inc. ("Plaintiff") to respectfully request that the Initial Pretrial Conference ("IPC") currently scheduled for October 8, 2026 (Dkt. 15) be rescheduled to a date and time convenient for the Court in November 2026. Good cause exists for this request.

Lead counsel for Defendants is scheduled to be in a full-day deposition on another matter on October 8, 2026, and is unable to attend the IPC as currently scheduled. In addition, the parties are actively engaged in settlement discussions. An adjournment of the IPC until November 2026 will give the parties additional time to exchange information and attempt to resolve this matter amicably. The only dates in November on which the parties' counsel presently are unavailable for the IPC are November 5 and 9, 2026.

The parties further request that the IPC be held remotely. Defendants' counsel is located in Los Angeles, California, and it would be burdensome for them to have to travel to New York to attend the IPC in person.

This is the second joint request to adjourn the IPC, which originally was scheduled for August 20, 2026. (Dkt. 10.) The first joint request, filed on July 16, 2026, was granted the same day. (Dkt. 14, 15.) No other case deadlines will be impacted by the requested relief and all Parties consent to these requests as tendered.

Respectfully submitted,

**LEASON ELLIS LLP**

/s/ Cameron S. Reuber
Cameron S. Reuber
One North Lexington Avenue, Suite 1200
White Plains, NY 10601
reuber@leasonellis.com
*Attorneys for Plaintiff Tianhai Lace USA, Inc.*

**NIXON PEABODY LLP**

/s/ Joshua J. Pollack
Joshua J. Pollack
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
jpollack@nixonpeabody.com
*Attorneys for Defendants Reiss (Retail) Limited and Reiss (U.S.A.) Limited*